DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MAURO PRECIADO-PRECIADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 08-254-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| MAURO PRECIADO-PRECIADO, ) | DATE: August 5, 2008 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| _____ ) | |

    Defendant MAURO PRECIADO-PRECIADO by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, DANIEL McCONKIE, Assistant United States Attorney, hereby stipulate that the status conference set for July 15, 2008 be rescheduled for a status conference on Tuesday, August 5, 2008 at 8:30 a.m.

    This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 5,

1

2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 11, 2008

                                       Respectfully Submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Dennis S. Waks
                                       Supervising Assistant
                                       Federal Defender
                                       Attorney for Defendant
                                       MAURO PRECIADO-PRECIADO

DATED:  July 11, 2008            McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/  Dennis S. Waks for
                                       DANIEL McCONKIE
                                       Assistant U.S. Attorney

**SO ORDERED.**

Dated: July 11, 2008

                                       /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       United States District Court Judge