DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MAURO PRECIADO-PRECIADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURO PRECIADO-PRECIADO,<br><br>　　　　Defendant. | CR.S. 08-254-JAM<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME FOR STATUS<br>CONFERENCE AND EXCLUDE TIME<br><br>DATE: August 26, 2008<br>Time: 8:30 a.m.<br>Judge: John A. Mendez |

　　　Defendant MAURO PRECIADO-PRECIADO by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, DANIEL McCONKIE, Assistant United States Attorney, hereby stipulate that the status conference set for August 5, 2008 be rescheduled for a status conference on Tuesday, August 26, 2008 at 8:30 a.m.

　　　This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

　　　Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August

1

26, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: August 4, 2008

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Dennis S. Waks
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  MAURO PRECIADO-PRECIADO

DATED:  August 4, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/  Dennis S. Waks for
                                  DANIEL McCONKIE
                                  Assistant U.S. Attorney

**SO ORDERED.**

Dated: August 4, 2008


                                  /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge