DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MAURO PRECIADO-PRECIADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 08-254-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| MAURO PRECIADO-PRECIADO, | DATE: October 21, 2008 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

Defendant MAURO PRECIADO-PRECIADO by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, DANIEL McCONKIE, Assistant United States Attorney, hereby stipulate that the status conference set for October 14, 2008 be rescheduled for a status conference/change of plea hearing on Tuesday, October 21, 2008 at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review the plea agreement with the defendant.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea

1

1  hearing set for October 21, 2008 pursuant to 18 U.S.C. § 3161
2  (h)(8)(B)(iv), [reasonable time to prepare] (Local Code T4).
3  DATED: October 10, 2008

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Dennis S. Waks
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    MAURO PRECIADO-PRECIADO

DATED:  October 10, 2008    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Dennis S. Waks for
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: October 10, 2008


                   /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge