FILED
September 5, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>        Plaintiff,            )<br> v.                            )<br>                               )<br> MAURO PRECIADO-PRECIADO,      )<br>                               )<br>        Defendant.             )  | Case No. 2:13-cr-00296-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MAURO PRECIADO-PRECIADO, Case No. 2:08-cr-00254-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__  Release on Personal Recognizance

_____  Bail Posted in the Sum of: $

    _____  Co-Signed Unsecured Appearance Bond

    _____  Secured Appearance Bond

    __X__  (Other) Conditions as stated on the record.

    _____  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  9/5/2013  at  2:55 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge